IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARIYON DAVIS | No. 23 CR 488<br><br>Judge Sara L. Ellis |

## NOTICE OF MOTION

TO: Kurt Siegal  Daniel Dominguez
Assistant United States Attorney  United States Pretrial Services
219 South Dearborn St., 5th Floor  219 S. Dearborn Street, Room 15100
Chicago, IL 60604  Chicago, IL 60604

**PLEASE TAKE NOTICE** that on **Thursday, October 12, 2023 at 1:45pm**, in Courtroom 1403, we shall appear before the Honorable Sara L. Ellis in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and shall present the attached motion:

## UNOPPOSED MOTION FOR TRAVEL
## OUTSIDE THE NORTHERN DISTRICT OF ILLINOIS

By: *s/Akane Tsuruta*
Akane Tsuruta
Attorney for David Stallings
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8328